IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PIMENIO VELA HERRERA, | ) | 8:12CV321 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| TAMMY MOWRY, in their individual capacity, MONTE HOVIC, in their individual capacity, JESSE ROBINS, in their individual capacity, HAHN, Deputy, in their individual capacity, STEPHENS, Deputy, in their individual capacity, and JEREMY BRUNGARD, in their individual capacity, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's "Motion to Show Cause Why Plaintiff's Claims Against Jesse Robins Should Not Be Dismissed." (Filing No. 34.) Plaintiff's Motion is a response to the court's order from June 28, 2013, which required Plaintiff to "show cause why Plaintiff's claims against Defendant Jesse Robins should not be dismissed" for failure to serve him within 120 days. (*See* Filing No. 33.) In his Motion, Plaintiff explains that he has been diligent in his attempts to serve Jesse Robins, and he seeks additional time in which to serve Jesse Robins. (Filing No. 34 at CM/ECF pp. 1-2.)

Rule 4 of the Federal Rules of Civil Procedure requires the court to extend the time for service if a "plaintiff shows good cause for the failure [to serve]." Fed. R. Civ. P. 4(m). Plaintiff's allegations, when liberally construed, show good cause for Plaintiff's failure to serve Jesse Robins within 120 days. Accordingly,

IT IS THEREFORE ORDERED that:

1. Plaintiff will be given 45 days from the date of this Memorandum and Order to serve Jesse Robbins.

2. If Plaintiff does not serve Jesse Robins within 45 days, Plaintiff's claims against Jesse Robins will be dismissed without prejudice and without further notice, and this action will proceed only as to Plaintiff's claims against the other five defendants.

3. The clerk's office is directed to set a pro se case management deadline with the following text: September 9, 2013: Deadline for Plaintiff to serve Jesse Robins. If service is not accomplished by this date, dismiss Plaintiff's claims against Jesse Robins and enter a progression order as to remaining defendants.

DATED this 25th day of July, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.